# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eligio Jose Rodriguez Gonzalez, | No. CV-26-03048-PHX-DWL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

On May 1, 2026, Petitioner filed this habeas corpus action under 28 U.S.C. § 2241. (Doc. 1.)  Additionally, on July 1, 2026, Petitioner filed a separate habeas corpus action under 28 U.S.C. § 2241.  *Gonzalez v. Rosa et al.*, No. 2:26-cv-04626-DWL.  On July 14, 2026, in response to a concession by Respondents, the Court granted relief in the later-filed action, ordering Petitioner to be immediately released from custody.  In light of that development, this action is moot.

Accordingly,

**IT IS ORDERED** that this action is **dismissed as moot**.  All pending motions, including the motion for a decision on the merits (Doc. 15), are **denied as moot**.  The Clerk shall enter judgment accordingly and terminate this action.

Dated this 15th day of July, 2026.

Dominic W. Lanza
United States District Judge